FILED IN OPEN COURT
ON 6-12-2019
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC
JAA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-102-1 (3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| DAVID CRAIG MILAM | ) | |

The Grand Jury charges:

On or about May 22, 2019, in the Eastern District of North Carolina, the defendant, DAVID CRAIG MILAM, having been previously convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did possess, in and affecting commerce, a firearm, and did so knowingly, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## FORFEITURE NOTICE

Upon conviction of the firearms offense set forth in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), as made applicable by Title 28, United States Code, Section 2461(c), any and all firearms or ammunition involved in or used in a knowing commission of the offense. The forfeitures includes the following: A Smith and Wesson 9mm pistol, Serial # FWJ2080; a .22 caliber Phoenix Arms pistol, Model HP22A, Serial # 4398080; an SKS Rifle, Serial # 7037641, and; an SKS Rifle, Serial # 1315940.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

Date: 6/12/19

ROBERT J. HIGDON, JR.
United States Attorney

Donald R. Pender
Assistant United States Attorney